# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASEY JOBE, et al. )<br>)<br>Defendants. ) | Case No. CR-20-206-1-R |

## MOTION TO PRODUCE DOCUMENTS BEFORE TRIAL

Defendant, Casey Jobe ("Mr. Jobe"), through his attorneys of record, Vicki Zemp Behenna and Rachel N. Jordan, moves this Court, pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure for an Order requiring Continental Resources, Inc. ("Continental Resources") to produce certain records needed for Mr. Jobe's defense before trial, which is scheduled to commence on January 2021.  In support of this motion, the defendant submits the following:

1. Mr. Jobe was charged, together with his co-defendants, in a multi-count Indictment on August 18, 2020.  (Doc. 1).  The defendants are charged together in Count 1 with conspiracy to commit wire fraud, in violation of 18 U.S.C. §1349; Count 2 charges Mr. Jobe and Mr. Hilbers with wire fraud, in violation of 18 U.S.C. §1343; Counts 3-4 charge Mr. Jobe and Mr. Hilbers with aggravated identity theft, in violation of 18 U.S.C. §1028A(a)(1); and Count 5 charges Mr. Jobe and Mr. Hilbers with money laundering, in violation of 18 U.S.C. 1957(a).

2. Mr. Jobe and Mr. Colbert were arraigned on August 28, 2020 by Magistrate Judge Shon Erwin.  They each entered a plea of not guilty and were released on bond.  Mr. Hilbers was arraigned on August 31, 2020 by Magistrate Judge Shon Erwin.  He entered a plea of not guilty and was released on bond.  The case was originally set for trial on the October 13, 2020 docket.  District Judge David L. Russell, at the request of the defendants continued the trial to the January 2021 docket.

3. Counsel for Mr. Jobe has been reviewing the discovery produced by the government and has determined that certain records from Continental Resources were not provided by the government and are necessary to Mr. Jobe's defense.

4. Counsel for Mr. Jobe intends to issue a Subpoena to Produce Documents to Continental Resources but needs a court order requiring Continental Resources to produce the required documents before trial.  Pursuant to Rule 17(c)(1) of the Fed. R. of Crim. Pro. "[t]he court may direct the witness to produce the designated items in court before trial . . ."  As such, counsel requests an order from this Court requiring Continental Resources to produce the requested documents no later than December 2, 2020.

Wherefore, counsel for Mr. Jobe, in order to prepare for his defense, needs certain documents that are in the custody and control of Continental Resources.  A Subpoena to Produce Documents will be issued, but counsel needs an order requiring Continental Resources to produce the documents prior to trial, and specifically requests that Continental Resources be required to produce the documents in an electronic format on or before December 2, 2020.

Respectfully submitted,

/s/ Vicki Zemp Behenna
Vicki Zemp Behenna, OBA #10734
Rachel N. Jordan, OBA #32704
BEHENNA, GOERKE, KRAHL & MEYER
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone: 405-232-3800
Facsimile:   405-232-8999
Email:  vzb@lawfirmokc.com
            rjordan@lawfirmokc.com
*Attorneys for Casey Jobe*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Vicki Zemp Behenna
Vicki Zemp Behenna